```
           UNITED STATES DISTRICT COURT
        SOUTHERN DISTRICT OF WEST VIRGINIA
                   AT CHARLESTON
```

**KIMBERLY RUTH ADAMS,**

       **Plaintiff,**

**v.**                        **Civil Action No. 2:23-cv-00706**

**MARTIN J. O'MALLEY,**
**Commissioner of Social Security,**

       **Respondent.**

## MEMORANDUM OPINION AND ORDER

**Pending before the court is the Proposed Findings and Recommendations ("PF&R") of United States Magistrate Judge Omar J. Aboulhosn, entered on February 22, 2024. ECF 11.**

**The Magistrate Judge recommends denying the plaintiff's request to reverse the Commissioner's decision (ECF 9), granting the Commissioner's request to affirm his decision (ECF 10), affirming the final decision of the Commissioner, and dismissing this action from the court's docket. ECF 11 at 1-2.**

**In reviewing a PF&R, the court "may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). Upon the filing of an objection to a PF&R, the court "shall make a <u>de novo</u> determination of those portions of the report or specified**

proposed findings or recommendations to which objection is made." Id. Failure to object to a PF&R constitutes waiver of de novo review, in which case the court reviews the PF&R for clear error. See Fed. R. Civ. P. 73 Advisory Committee notes.

There being no objections to the PF&R, it is ORDERED that the PF&R be, and hereby is, adopted by the court and incorporated herein. It is, therefore, ORDERED as follows:

1. The plaintiff's request to reverse the decision of the Commissioner be, and hereby is, DENIED.

2. The defendant's request to affirm the decision of the Commissioner be, and hereby is, GRANTED.

3. The final decision of the Commissioner be, and hereby is, AFFIRMED.

4. This action be, and hereby is, DISMISSED and stricken from the court's docket.

The Clerk is directed to transmit copies of this order to all counsel of record and any unrepresented parties.

ENTER: March 13, 2024

John T. Copenhaver, Jr.
Senior United States District Judge